# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bluebond, Sheri A. | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>03/22/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>255 E. Temple Street<br>Suite 1482<br>Los Angeles, CA 90012 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Trustees | Los Angeles Bankruptcy Forum |
| 2. | Trustee | Trust No. 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 03/22/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | GlassRatner Advisory & Capital Group LLC -- Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | 03/14-03/18 | Washington, DC | Attendance at Induction Ceremony and Annual Conference | Airfare, Parking, Hotel, Meals |
| 2. | California Bankruptcy Forum | 05/17-05/21 | Rancho Mirage, CA | Speaker at Annual Conf. | Hotel, Meals, Tuition |
| 3. | National Conference of Bankruptcy Judges | 10/23-10/28 | San Diego | Attendance at Annual Conf | Hotel, Meals, Tuition, Mileage |
| 4. | Practising Law Institute | 11/05 | San Francisco, CA | Speaker at Basics of Bankruptcy Program | Airfare, Airport Parking, Mileage, Meals, Taxi, Tips |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 03/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Microsoft, common stock | A | Dividend | J | T | | | | | |
| 2. Cisco, common stock | A | Dividend | J | T | | | | | |
| 3. General Electric, common stock | A | Dividend | J | T | | | | | |
| 4. Pfizer, common stock | A | Dividend | J | T | | | | | |
| 5. Juniper, common stock | | None | | | Sold | 06/29/12 | J | A | |
| 6. TIAA-CREF Active Age Based Portfolio 5-8 | C | Interest | K | T | | | | | |
| 7. Trust #1 | | | | | | | | | |
| 8. -Capstone Turbine Corp., common stock | | None | J | T | | | | | |
| 9. -Broadcomm, common stock | B | Dividend | M | T | | | | | |
| 10. -Wells Fargo Bank (Accounts) | A | Interest | J | T | | | | | |
| 11. -Stamps.com, common stock | | None | J | T | | | | | |
| 12. -Schwab CA Tax-Free (Muni) Money Markt Mutual Fund | A | Dividend | | | Buy (add'l) | 02/13/12 | L | | |
| 13. | | | | | Sold | 02/23/12 | M | A | |
| 14. -America First Absolute Mutual Fund | | None | | | Sold | 02/09/12 | J | A | |
| 15. -Permanent Portfolio Mutual Fund | | None | | | Sold | 02/09/12 | K | B | |
| 16. -First Eagle Global Mutual Fund | A | Dividend | K | T | | | | | |
| 17. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 03/22/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Loomis Sayles Bond Fund (Retail Shares Fund) | A | Dividend | J | T | Sold (part) | 03/12/12 | K | B | |
| 19. | | | | | Sold (part) | 06/06/12 | J | A | |
| 20. | | | | | Sold (part) | 10/15/12 | K | B | |
| 21. | | | | | Sold (part) | 12/19/12 | J | A | |
| 22. -Loomis Sayles Global Bond Instl Fund | A | Dividend | J | T | Buy | 03/12/12 | J | | |
| 23. | | | | | Buy (add'l) | 10/15/12 | J | | |
| 24. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 25. -American Capital World Bond Fund (aka American FD Capital) | | None | | | Sold | 02/24/12 | L | C | |
| 26. -DFA Inflation Prot'd Securities Mut Fund | | None | | | Sold | 02/19/12 | L | D | |
| 27. -Hussman Strategic Growth Fund | | None | | | Sold | 03/12/12 | K | A | |
| 28. -Fidelity Municipal Money Market Mut Fund | A | Dividend | J | T | Buy | 2/23/12 | M | | |
| 29. | | | | | Sold (part) | 03/13/12 | L | A | |
| 30. -Baron Small Cap Fd | | None | | | Buy | 03/12/12 | J | | |
| 31. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 32. | | | | | Sold | 06/06/12 | J | A | |
| 33. -Champlain Mid Cap Advisor | | None | | | Buy | 03/12/12 | J | | |
| 34. | | | | | Buy (add'l) | 03/16/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 03/22/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 06/06/12 | J | A | |
| 36. -Causeway Int'l Value Investor | | None | | | Buy | 03/12/12 | J | | |
| 37. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 38. | | | | | Sold | 06/06/12 | J | A | |
| 39. -Dodge & Cox Stock | A | Dividend | | | Buy | 03/12/12 | J | | |
| 40. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 41. | | | | | Sold | 06/06/12 | J | A | |
| 42. -Fidelity Advisor Growth Oppty Cl I | | None | | | Buy | 03/12/12 | J | | |
| 43. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 44. | | | | | Sold | 06/06/12 | J | A | |
| 45. -Templeton Frontier Mrtks Fd Adv CL | A | Dividend | J | T | Buy | 03/12/12 | J | | |
| 46. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 47. -Fidelity Advisor Real Estate CL I | A | Dividend | J | T | Buy | 03/12/12 | J | | |
| 48. -Fidelity Municipal Income Fund | A | Dividend | K | T | Buy | 03/12/12 | K | | |
| 49. | A | Int./Div. | | | Buy (add'l) | 03/16/12 | J | | |
| 50. | | | | | Buy (add'l) | 08/10/12 | J | | |
| 51. | | | | | Buy (add'l) | 10/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 03/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 53. -ING Global Real Estate CL A | A | Dividend | | | Buy | 03/12/12 | J | | |
| 54. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 55. | | | | | Sold | 06/06/12 | J | A | |
| 56. -IShares TR Russell 1000 Value Index Fd | A | Dividend | | | Buy | 03/12/12 | K | | |
| 57. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 58. | | | | | Sold | 06/06/12 | K | A | |
| 59. -IShares TR Russell 1000 Growth Index Fd | A | Dividend | | | Buy | 03/12/12 | K | | |
| 60. | | | | | Buy | 03/16/12 | J | | |
| 61. | | | | | Sold | 06/06/12 | K | A | |
| 62. -Morgan Stanley Mid Cap Growth Port CL P | | None | | | Buy | 03/12/12 | J | | |
| 63. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 64. | | | | | Sold | 06/06/12 | J | A | |
| 65. -MFS Research Int'l Class A | | None | | | Buy | 03/12/12 | J | | |
| 66. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 67. | | | | | Sold | 06/06/12 | J | A | |
| 68. -Oakmark Fund I | | None | | | Buy | 03/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 03/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 06/06/12 | J | A | |
| 70. -T Rowe Price Small Cap Value Advisor CL | | None | | | Buy | 03/12/12 | J | | |
| 71. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 72. | | | | | Sold | 06/06/12 | J | A | |
| 73. -Pimco Commodity Real Ret Strat Admin Cl | A | Dividend | | | Buy | 03/12/12 | J | | |
| 74. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 75. | | | | | Sold | 06/06/12 | J | A | |
| 76. -T Rowe Price Emerging Mkts Stock Fund | | None | | | Buy | 03/12/12 | J | | |
| 77. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 78. | | | | | Sold | 06/06/12 | J | A | |
| 79. -T Rowe Price Int'l Stock Fund | | None | | | Buy | 03/16/12 | J | | |
| 80. | | | | | Sold | 06/06/12 | J | A | |
| 81. -DWS California Tax Free Income Class S | B | Dividend | K | T | Buy | 03/12/12 | K | | |
| 82. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 83. | | | | | Buy (add'l) | 08/10/12 | J | | |
| 84. | | | | | Buy (add'l) | 10/15/12 | J | | |
| 85. | | | | | Buy (add'l) | 12/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 03/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -SPDR S&P 500 ETF Trust Unit Ser 1 S&P Fund | A | Dividend | | | Buy | 03/12/12 | J | | |
| 87. | | | | | Buy | 03/16/12 | J | | |
| 88. | | | | | Sold | 06/06/12 | K | A | |
| 89. -T Rowe Price Mid Cap Value Adv Class | | None | | | Buy | 03/12/12 | J | | |
| 90. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 91. | | | | | Sold | 06/06/12 | J | A | |
| 92. -Templeton Global Bond Class A Fund | A | Dividend | J | T | Buy | 03/12/12 | J | | |
| 93. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 94. | | | | | Sold (part) | 06/06/12 | J | A | |
| 95. -Munder Veracity Small Cap Value Y Fund | | None | | | Buy | 03/12/12 | J | | |
| 96. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 97. | | | | | Sold | 06/06/12 | J | A | |
| 98. -William Blair Int'l Growth Class N Fund | | None | | | Buy | 03/12/12 | J | | |
| 99. | | | | | Sold | 06/06/12 | J | A | |
| 100. -Invesco Int'l Growth Fund CL RS | A | Dividend | J | T | Buy | 06/06/12 | J | | |
| 101. -Artisan Value Fund Investor CL | A | Dividend | J | T | Buy | 06/06/12 | J | | |
| 102. -Artisan Small Cap Fund Investor CL | | None | J | T | Buy | 06/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 03/22/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Credit Suisse Commd Rtrn Strtgy Inst'l SH Fund | | None | J | T | Buy | 06/06/12 | J | | |
| 104. | | | | | Buy (add'l) | 10/15/12 | J | | |
| 105. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 106. -Fidelity Small Cap Value Fund | A | Dividend | J | T | Buy | 06/06/12 | J | | |
| 107. | A | Distribution | | | | | | | |
| 108. -Fidelity Growth Company Fund | A | Dividend | J | T | Buy | 06/06/12 | J | | |
| 109. -Fidelity Advisor New Insights Cl I | A | Dividend | J | T | Buy | 06/06/12 | J | | |
| 110. | A | Distribution | | | | | | | |
| 111. -Fidelity Low Priced Stock | A | Dividend | K | T | Buy | 06/06/12 | J | | |
| 112. | A | Distribution | | | | | | | |
| 113. -IShares TR Russell 1000 Index Fund | A | Dividend | K | T | Buy | 06/06/12 | K | | |
| 114. -IShares TR Russell Midcap Index Fund | A | Dividend | J | T | Buy | 06/06/12 | J | | |
| 115. -IShares TR Russell Midcap Value Index Fund | | None | J | T | Buy | 06/06/12 | J | | |
| 116. -Perkins Mid Cap Value Fund Class T | A | Dividend | J | T | Buy | 06/06/12 | J | | |
| 117. -MFS Int'l Diversification Fund A | A | Dividend | K | T | Buy | 06/06/12 | J | | |
| 118. -MFS Int'l Value Fund CL A | A | Dividend | J | T | Buy | 06/06/12 | J | | |
| 119. -Morgan Stanley Global Real Estate Port P | A | Dividend | J | T | Buy | 06/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 03/22/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Oppenheimer Dev Markets Fund Class Y | A | Dividend | J | T | Buy | 06/06/12 | J | | |
| 121. -T Rowe Price Small Cap Stock Advisor CL | A | Dividend | J | T | Buy | 06/06/12 | J | | |
| 122. | A | Distribution | | | | | | | |
| 123. -Prudential Jennison Mid Cap Growth CL A Fund | A | Dividend | J | T | Buy | 06/06/12 | J | | |
| 124. | A | Distribution | | | Buy (add'l) | 10/15/12 | J | | |
| 125. -Vanguard Index FDS Vanguard Value Viper | A | Dividend | K | T | Buy | 06/06/12 | K | | |
| 126. -Vanguard Index FDS Vanguard Growth Viper | A | Dividend | K | T | Buy | 06/06/12 | K | | |
| 127. -Fidelity Low Priced Stock Fund | A | Dividend | J | T | Buy | 06/06/12 | J | | |
| 128. | | | | | Buy (add'l) | 08/10/12 | J | | |
| 129. | | | | | Sold (part) | 10/15/12 | J | A | |
| 130. -Eaton Vance Income Fund of Boston CL I | A | Dividend | | | Buy | 10/15/12 | J | | |
| 131. | | | | | Sold | 12/19/12 | J | A | |
| 132. -Wells Fargo Short Term Muni Inc-Instit | A | Dividend | J | T | Buy | 12/19/12 | J | | |
| 133. | | | | | | | | | |
| 134. ▨ Assets | | | | | | | | | |
| 135. -San Diego Cty Cr. Union (Accts) (see Pt. VIII, Note 1) | | None | J | T | | | | | |
| 136. -Union Bank (Account) (see Pt. VIII, Note 1) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 03/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Ameritrade (Account) (see Pt. VIII, Note 1) | | None | J | T | | | | | |
| 138.  -E-Trade (Account) (see Pt. VIII, Note 1) | | None | J | T | | | | | |
| 139.  -Phycor 401(k) (see Pt. VIII, Note 1) | | None | J | T | | | | | |
| 140.  -Bridge Harb. Mgt, Inc., stock (see Pt. VIII, Notes 1 & 2) | | None | J | V | | | | | |
| 141.  -BH Channelview, LLC, membshp int. (see VIII, Notes 1 & 2) | | None | J | V | | | | | |
| 142.  -BH Vincent, LLC, membshp int. (see Pt. VIII, Notes 1&2) | | None | J | V | | | | | |
| 143.  -BH Bellvue, LLC, membshp int. (see Pt. VIII, Notes 1 & 2) | | None | J | V | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 03/22/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1:

                            . The only information available to me concerning         assets is that which was contained on a balance sheet prepared as of September 3, 2003 that was attached as a schedule to the premarital agreement that we signed on September 5, 2003.

The entries that appear on lines 1 through 132 of Part VII of this Report refer to my assets (with the exception of line 6, which refers to 529 accounts that belong to              The entries that appear on lines 135 through 143 of Part VII of this Report refer to        assets and reflect values as of September 3, 2003, as this is the only information available to me. I do not have information as to the specific funds or stocks contained within the brokerage accounts or 401(k) accounts identified on lines 137 through 139 of Part VII of this Report, and I do not have, and will not obtain, any interest in any of these assets or any income or proceeds that may be generated by these assets.

NOTE 2:

An explanatory note on              3 balance sheet reflects that the values reflected for the assets described on lines 140 through 143 of Part VII of this Report "are based on the allocation of an anticipated sales price for all four interests totaling $24,000." I believe that the assets described on these lines may have been sold since September 3, 2003, but I do not have access to this information or any details concerning the sale and do not have any interest in any proceeds that may have been generated thereby. I also believe that, shortly after our marriage,        closed certain of his bank accounts and opened new bank accounts at Wells Fargo and ING. Again, I do not have any information concerning the balance on deposit in any of these new accounts or any income generated by these accounts and do not have any interest in any funds on deposit in these accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sheri A. Bluebond**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544